KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, CA 91301
Telephone: (818) 703-8985
Facsimile:  (818) 703-8984
Attorneys for Plaintiff JESSICA MARTINEZ

FREDERICK W. KOSMO, JR. ESQ. SBN 138036
fkosmo@wilsonturnerkosmo.com
JOCELYN D. HANNAH, ESQ. SBN 224666
jhannah@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
550 West C Street, Suite 1050
San Diego, CA 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Attorneys for Defendant
LIVEWATCH SECURITY, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA MARTINEZ, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>LIVEWATCH SECURITY, LLC, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01563-MCE-KJN<br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

## STIPULATION

Please take notice that, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff JESSICA MARTINEZ and Defendant LIVEWATCH SECURITY, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action.  The claims of Plaintiff Jessica Martinez shall be dismissed with prejudice, and the claims of putative class members shall be dismissed without prejudice.

Each side to bear its own costs and fees.

**SO STIPULATED.**

Dated: August 31, 2015

                                     */s/ Alex P. Katofsky*
                                     ALEX P. KATOFSKY
                                     GAINES & GAINES, APLC
                                     Attorneys for Plaintiff JESSICA MARTINEZ

Dated: August 31, 2015

                                     */s/ Frederick W. Kosmo, Jr(as authorized on 6/4/14)*
                                     FREDERICK W. KOSMO
                                     WILSON TURNER KOSMO LLP
                                     Attorneys for Defendant
                                     LIVEWATCH SECURITY LLC

1 **ORDER**

2     Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of
3 Civil Procedure, the Court hereby dismisses this action. The claims of Plaintiff Jessica
4 Martinez are hereby dismissed with prejudice, and the claims of putative class members are
5 hereby dismissed without prejudice.   Each side shall bear its own costs and fees.

6     IT IS SO ORDERED.

7 Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT